# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01197-BNB

WADE COLE,

       Applicant,

v.

ARI ZAVARIS,

       Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 1 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion to Reconsider Request for In Forma Pauperis Status" filed on June 18, 2007, is DENIED. Applicant's "Motion for Appointment of Essential Experts and Investigators and for Other Necessary Financial Assistance" filed on June 25, 2007, and Applicant's "Motion to Require State to Provide Transcripts of Prior Proceedings at State Expense" filed on July 2, 2007, are DENIED as premature. Applicant's "Motion for Extension of Time and Request for Order for Release of Funds" filed on July 5, 2007, is DENIED as moot because Applicant paid the filing fee on July 9, 2007.

Dated: July 11, 2007

---

Copies of this Minute Order mailed on July 11, 2007, to the following:

Wade Cole
Prisoner No. 114016
North Fork Corr. Facility
1605 East Main
Sayre, OK 73362

Secretary/Deputy Clerk