IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01197-WDM-MJW

WADE COLE,

Petitioner,

v.

ARI ZAVARIS,

Respondent.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the petitioner's Motion for Discovery (Docket No. 12) is denied without prejudice as premature.

Date: July 30, 2007