IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01197-WDM-MJW

WADE COLE,

Petitioner,

v.

ARI ZAVARIS,

Respondent.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that Plaintiff's Motion to Strike Unopposed Motion for Extension of Time (docket no. 24) is DENIED.  This court has already granted docket no. 21 finding good cause shown.

Date:  September 11, 2007