IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01197-WDM-MJW

WADE COLE,

Petitioner,

v.

ARI ZAVARIS,

Respondent.

## MINUTE ORDER

    It is hereby ORDERED that the petitioner's Motion for Expedited Ruling (Docket No. 31) is denied. A report and recommendation will be issued in this matter in due course.

Date: December 17, 2007