IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01197-WDM-KMT

WADE COLE,

Petitioner,

v.

ARI ZAVARIS

Respondent.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Applicant's "Motion for Summary Judgment" (#29, filed November 2, 2007) and "Motion for Renewal of Summary Judgment" (#45, filed June 9, 2008) will be treated as replies to the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. The Clerk of Court is directed to terminate the motions.

Applicant's "Motion to Expand the Record" (#40, filed April 7, 2008) is GRANTED. Respondent may file a response, if necessary, no later than August 29, 2008.

Applicant's "Motion Objecting to Alteration of Heading" (#42, filed April 18, 2008) is DENIED.

Respondent is ORDERED to file a response to Applicant's "Motion for Discovery" (#38, filed March 27, 2008) no later than August 29, 2008.

Dated: August 18, 2008