IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01197-WDM-KMT

WADE COLE,

    Petitioner,

v.

ARI ZAVARIS,

    Respondent.

---

**ORDER**

---

    This matter is before the court *sua sponte*.

    IT IS HEREBY **ORDERED** that on or before **April 20, 2009**, the Clerk of the Douglas County District Court shall provide to this court the original written record of Douglas County criminal case no. 01CR384, *People v. Wade Cole*.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Douglas County District Court by facsimile to **(303) 688-1962** and by regular mail to Clerk of the Douglas County District Court, 4000 Justice Way, Ste. 2009, Castle Rock, CO 80109.

    Dated this 19th day of March, 2009.

                                                 **BY THE COURT:**

                                                 Kathleen M. Tafoya
                                                 United States Magistrate Judge