IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Case No. 07-cv-01197-WDM-KMT

WADE COLE,

    Petitioner,

  v.

ARI ZAVARIS,

    Respondent.

_____

**ORDER**
_____

    The order of reference of the petition for writ of habeas corpus to Magistrate Judge Kathleen M. Tafoya is hereby withdrawn.

    DATED at Denver, Colorado, on March 25, 2009.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge