FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 6 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 07-cv-01197 WDM-KMT

WADE COLE,

    Applicant,

vs.

ARI ZAVARAS,

    Respondent.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 6th day of April, 2010 .


BY THE COURT:

Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01197 WDM-KMT

Douglas County Court
Douglas County Justice Center
4000 Justice Way, Ste 2009
Castle Rock, CO 80109

Wade Cole
# 114016
Kit Carson Correctional Center (KCCC)
P.O. Box 2000
Burlington, CO 80807

Katharine J. Gillespie - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/6/10    .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk